

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00022-CR

_____

ROBERT RAY OWENS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 32,440CR

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

A Hunt County jury convicted Robert Ray Owens of possession of child pornography. *See* TEX. PENAL CODE ANN. § 43.26. After finding the State's punishment enhancement allegation true, the jury assessed a sentence of twenty years' imprisonment and a $10,000.00 fine. On appeal, Owens argues that the trial court erred in failing to suppress evidence obtained during execution of a search warrant.

Owens raises this same issue in his appeals from two other convictions for possession of child pornography in cause numbers 06-19-00020-CR and 06-19-00021-CR. We addressed this issue in detail in our opinion of this date on Owens' appeal in cause number 06-19-00020-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     November 13, 2019
Date Decided:       November 14, 2019

Do Not Publish

2